# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Saundra Kay McManis,

    Plaintiff,

v.                                Case No. 2:18-cv-491

Commissioner of Social Security,        Judge Michael H. Watson

    Defendant.                        Magistrate Judge Jolson

## OPINION AND ORDER

On November 13, 2018, United States Magistrate Judge Jolson issued a Report and Recommendation ("R&R") recommending that the Court overrule Plaintiff Saundra Kay McManis's ("Plaintiff") statement of errors and affirm the Commissioner of Social Security's ("Commissioner") non-disability finding. ECF No. 11.

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). R&R 23–24, ECF No. 11. The R&R further advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the decision of the District Court adopting the R&R. *Id.* The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**. Plaintiff's statement of errors is **OVERRULED** and the Commissioner's decision is **AFFIRMED**. The clerk is directed to enter judgment in favor of the Commissioner.

**IT IS SO ORDERED.**

                                          /s/ Michael H. Watson
                                          MICHAEL H. WATSON, JUDGE
                                          UNITED STATES DISTRICT COURT